

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 7, 2019**

_____
United States Bankruptcy Judge

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

In Re:  
    RUFUS C BANKS  
    Debtor

Case # 17-31977-HDH-13

### Order Discharging Standing Trustee and Terminating Further Liability on Bond

It appearing to the Court that Thomas D. Powers, Standing Chapter 13 Trustee in the above styled case pending under Chapter 13 of Title 11 of the United States Code, has filed a Final Report and Accounting showing that the estate in this case has been fully administered; that the Standing Trustee does not hold any funds to be paid or distributed in this case; that he should be discharged and further liability on the said Trustee's Bond with respect to this case be terminated; and that this case has previously been Dismissed.

IT IS THEREFORE ORDERED:

That Thomas D. Powers, Standing Chapter 13 Trustee in this case, is discharged; that he and the sureties on his Trustee's Bond are relieved from liability with respect to this case, except such liability as may have accrued heretofore; and that such Bond is cancelled.

# # # End of Order # # #

**Approved:** Thomas D. Powers

Thomas D. Powers  
Chapter 13 Trustee  
105 Decker Ct  
Suite 1150 11th Floor  
Irving, TX  75062  
(214) 855-9200 / (214) 965-0758  (Fax)